Original

Mr. Freddie Lee Walker # 00457485
Para-Legal No. 13047501
1697 FM 980    Ellis Unit
Huntsville, Texas    77343-0001

April 20, 2015

Third Court of Appeals
Jeffrey D. Kyle, Clerk
209 W. 14th Street, Room 101
Austin, Texas 78711-2547

RE: COA No. 03-15-00175-CV; Tr. Ct. No. D-1-GN-14-001926 Freddie Lee Walker v. Rissie Owens et al. Second Request For A Civil Docketing Statement Pursuant To Rule 32 Tex. R. App. Proc.

Dear Clerk:

On March 19, 2015 Notice of Appeal was filed in the Third Court of Appeals, and On March 23, 2015 the Clerk of the Third Court of Appeals advised that Appellant is requested to forward a docketing statement to this Court on or before March 30, 2015. On March 23, 2015 Appellant by letter advised that Due to his incarceration that he has no access to internet or a copying machine to download the Civil Docketing Statement. However, Appellant presents this Second Request For A Civil Docketing Statement Pursuant To Rule 32 Tex. R. App. Proc..

Furthermore, On March 30, 2015, Appellant was advised that the Volume-one of the Reporter's Record, prepared by Rhonda Watson, was filed in the Third Court of Appeals. On or About March 26, 2015, Appellant filed Request for Vol. One of the Reporter's Record of the Hearing Held On September 3, 2014 On Plaintiff's Motion For A Protective Order, and the Hearing Held on March 4, 2015 On Defendant's Motion to Dismiss Baseless Cause of Action Pursuant To Rule 91a Tex.

Page 1 of 2

RECEIVED
APR 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

R. Civ. Proc.. However, Rhonda Watson have not yet provided the one-volume of the Reporter's Record that was filed in the Third Court of Appeals on march 24, 2015.

At this time I am respectfully requesting that the Clerk of the Third Court of Appeals provide Appellant will Two (2) Blank Copies of the Civil Docketing Statement Pursuant To Rule 32 of the Tex. R. App. Proc., and that the Court would issue an Order to the Official Court Reporter, Rhonda Watson to provide Appellant with the one-volume of the Reporter's Record from the hearing of September 3, 2014 and march 4, 2015. By Copy of this Letter. I am also mailing a copy of this Communication to Rhonda Watson. I thank you in advance for your anticipated cooperation in this matter.

Sincerely,

Freddie Lee Walker

Freddie Lee Walker # D0457485
Para-Legal No. 13047501
1697 FM 980   Ellis Unit
Huntsville, Texas   77343-0001

FLW/jdK-clerk
itr. 2   4/20/2015
c: rhonda watson
cc: retained by addressee

Mr. Freddie Lee Walker #00457485
Para-Legal No. 13047501
1697 FM 980      Ellis Unit
Huntsville, Texas  77343-0001
March 23, 2015

Third Court of Appeals
Jeffrey D. Kyle, Clerk
209 W. 14th Street, Room 101
Austin, Texas   78711-2547

RE: COA No. _____ Tr. Ct. No. D-1-GN-14-001926 Freddie Lee
Walker, Appellant v. Rissie Owens, Presiding Officer, Texas Board of
Pardons and Paroles, Appellee On Appeal From The 126th Judicial
District Court of Travis County, Texas

Dear Clerk:

On or About March 16, 2015 Notice of Appeal was filed with
the Travis County District Clerk from the Grant of Appellees Motion
To Dismiss Baseless Cause of Action Pursuant to Rule 91a of the Tex.
R. Civ. Proc. on March 4, 2015 in the above referenced Cause.

Upon perfecting an Appeal, Rule 32 of the Tex. R. App. Proc.
requires the filing of a Docketing Statement. Due to my incar-
ceration I do not have internet access or access to a copying
machine, therefore, I am requesting that being the Clerk of the
Third Court of Appeals that you would provide me with Two (2)
Blank Copies of the Civil Docketing Statement to be filed in your
Court.

I thank you in advance for your anticipated cooperation in
this urgent matter.

Sincerely,

Freddie Lee Walker

Freddie Lee Walker - Appellant
FLW/jdk-clerk  ltr. 1 03/23/15  ci retained by addressee

Mr. Freddie Lee Walker    DDFS 1765
1691 FM 980                Ellis Unit
Huntsville, Texas    77343-0001

S.V.

LEGAL MAIL

7870116140S

Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 W. 14th Street, Room 101
Austin, Texas    78711-2547

FOREVER USA